

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2015

No. 04-15-00425-CV

**IN THE INTEREST OF D.M., A.M., A.M., J.M., AND J.M.M.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02128
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant Ayda Masterson's motion for extension of time to file brief is granted. We order Ayda Masterson to file her brief with this court by September 16, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court